UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Booking.Com
_____

_____

_____

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

REC'D NOV 15 2023

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.     List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name                Michael Sexton
              Street Address      2316 Snapdragon Pt.
              County, City        Monroe County, East Stroudsburg
              State & Zip Code    Pennsylvania 18301
              Telephone Number    212 200 2553

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  
Name **Booking.Com**  
Street Address **Herengracht 597**  
County, City **Amsterdam**  
State & Zip Code **Netherlands**

Defendant No. 2  
Name  
Street Address  
County, City  
State & Zip Code

Defendant No. 3  
Name  
Street Address  
County, City  
State & Zip Code

Defendant No. 4  
Name  
Street Address  
County, City  
State & Zip Code

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*  
   ❏ Federal Questions      ❏ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 2316 SnapDragon Pt. East Stroudsburg, PA 18301

B. What date and approximate time did the events giving rise to your claim(s) occur? 24 July 23  6:13 P.M.

C. Facts [What happened to you?]: A person identifying himself as a Booking.com Representative called me at my home and informed me that Booking.com had a promotion for my flight for four hundred dollars less than the Airfare I paid.

[Who did what?] The Booking.com Impersonator scamed me out of two thousand four hundred ninty five dollars.

[Was anyone else involved?] Booking.com, Gotogate in Partners

[Who else saw what happened?] Diana Hilton-Sexton

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I'm Seeking Five thousand Dollars in Compensation $2,495.00 for the additional Airfare I was Scammed $400.00 for my Legal Fee's $2,105.00 for Punitive Fee's because Booking.com was Hacked and they Failed to Notify their Customers.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15 day of November, 2023.

Signature of Plaintiff  Michael Sexton
Mailing Address  2316 Snap Dragon Pt
East Stroudsburg PA 18301

Telephone Number  272 200 2555
Fax Number *(if you have one)*
E-mail Address  tunnelrat1@MSN.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.